# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| *TARON DEVELLE WALKER*, | ) |
| | ) |
| Appellant | ) |
| | ) |
| v. | ) No. 23-4219 |
| | ) |
| *UNITED STATES*, | ) |
| | ) |
| Appellee | ) |

### *MOTION TO WITHDRAW*

Pursuant to Local Rule 46(c), the undersigned counsel moves for leave to withdraw from the representation of the Appellant, Mr. Walker.

As grounds for the motion, the undersigned submits the following:

1.  The undersigned counsel has engaged in written correspondence with Mr. Walker regarding the issues raised by this appeal, including the issue of timeliness that is the basis for the Appellee's Motion to Dismiss, which is now pending before the Court.

2.  Mr. Walker has stated in writing on multiple occasions that he is dissatisfied with the undersigned counsel's representation, including in connection with the timeliness issue, and that the undersigned counsel should withdraw or Mr. Walker would seek his removal.

3.  Because Mr. Walker does not want to be represented by the undersigned counsel, counsel is unable to continue the representation and in

particular unable to prepare a response to the Government's Motion to Dismiss on the issue of the timeliness of the Notice of Appeal.

Based on the foregoing, the undersigned counsel moves the Court for entry of an order permitting his withdrawal from the case, and in addition, that the time for response to the Government's motion will be extended to allow for a response by Mr. Walker or other counsel.

Opposing counsel has been informed of the intended filing of this Motion, and they take no position on the motion.

Mr. Walker has been informed by email that this Motion would be filed and a copy is being mailed to his address at FCI McKean, as shown below.

                                              Taron Develle Walker

                                       By:  s/ Steven R. Minor
                                                 Counsel

Counsel:

Steven Ray Minor, Va. State Bar No. 30496
ELLIOTT LAWSON & MINOR
230 Piedmont Avenue, Suite 300
Bristol, VA 24201
Tel: (276) 466-8400
Fax: (276) 466-8161
Email: sminor@ellliottlawson.com

2

*CERTIFICATE*

On this the 1st day of May, 2023, I filed the foregoing by way of the Court's electronic-filing system, which will send notice to the following:

Daniel J. Honold
U.S. Attorney's Office, EDVA
2100 Jamieson Ave.
Alexandria, VA 22314
Email: daniel.honold@usdoj.gov
Counsel for the Appellee.

In addition, a copy was mailed to the following:

Taron Develle Walker
USM 91952-083
FCI McKean
Federal Correctional Inst.
P.O. Box 8000
Bradford, PA 16701.

By:   s/ Steven R. Minor